IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

_____
                                    :
JAMES E. BLEVINS,                   :
                                    :
         Plaintiff,                 :    Civil No. 05-5261 (RBK)
                                    :
     v.                             :    **ORDER**
                                    :
SEW EURODRIVE, INC.                 :
                                    :
         Defendant.                 :
_____ :


THIS MATTER having come before the Court on motion by defendant SEW Eurodrive, Inc. ("SEW") for summary judgment on the Complaint filed by pro se plaintiff James E. Blevins; and the Court having considered the moving papers and the opposition thereto; and for the reasons expressed in the Opinion issued this date;

IT IS HEREBY **ORDERED** that SEW's motion is **GRANTED**.


Dated: <u>May 15, 2007</u>          <u>s/ Robert B. Kugler</u>
                                    ROBERT B. KUGLER
                                    United States District Judge